IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-01263-LTB

CATHERYN M. BESSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

ORDER
_____

Upon Plaintiff's Unopposed Motion for Costs (Doc 26 - filed April 25, 2007), it is

ORDERED that the Motion is GRANTED.  Plaintiff is awarded costs in the amount of $350.00.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge

DATED: April 30, 2007