IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  06-cv-01263-LTB

CATHERYN M. BESSON,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.
_____

ORDER FOR ATTORNEY FEES UNDER EAJA
_____

The matter before the Court is Plaintiff's Stipulated Motion for Attorney Fees Under EAJA filed on July 6, 2007.  The Court being fully advised in the premises hereby grants said Motion.

IT IS FURTHER

ORDERED that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of $6,800.00, to the Plaintiff's attorney in care of the Plaintiff.

DATED at Denver, Colorado, this   9th   day of   July  , 2007.

BY THE COURT:

   s/Lewis T. Babcock
The Honorable Lewis T. Babcock
United States District Court Judge